Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX  79424
(806) 748-1980 Office
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SAMUEL ALLEN BLACKWELL | § | CASE NO. 09-70611HDH-13 |
| RENEE MAXINE BLACKWELL | § | |
| | § | HEARING DATE: 02-17-2010 |
| DEBTOR(S) | § | HEARING TIME: 11:00 A.M. |

## TRUSTEE'S OBJECTION TO CONFIRMATION

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW WALTER O'CHESKEY,** Standing Chapter 13 Trustee (hereinafter referred to as "Trustee"), and files this his Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on December 8, 2009.

2. Debtor(s) are <u>above</u> the median income as defined by 11 U.S.C. Sec. 1325.

3. Trustee alleges and shows Debtors' Chapter 13 Plan fails to treat a secured claim filed by Union Square Federal Credit <u>Union</u> in the amount of $982.52.

4. Trustee is unable to determine the feasibility of the proposed Plan base until all secured and priority claims have been treated.

5. Trustee alleges and shows Debtors' Chapter 13 Plan proposes creditor step payments to Wells Fargo. Trustee is unable to disburse in such a manner.

6.  Trustee objects to Debtors' Chapter 13 Plan in accordance to 11 U.S.C. 1325

(a) (6) as the Plan will not pay as proposed.

WHEREFORE, the Trustee prays that the Bankruptcy Court deny confirmation of

the Debtors' Chapter 13 Plan and Motion for Valuation and for such other relief to which

this bankruptcy estate may be justly entitled.

Date: February 8, 2010

Respectfully submitted,
/S/ Walter O'Cheskey
Walter O'Cheskey, Trustee
6308 Iola Avenue
Lubbock, TX  79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to
Confirmation was this date served on the following parties at the addresses listed below
by electronic service or by U.S. First Class Mail:

William Neary
United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Debtor(s):
SAMUEL & RENEE BLACKWELL
5413 PAGE DR
WICHITA FALLS, TX  76306

Debtors Attorney
MONTE J WHITE
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS, TX 76308

Date: February 8, 2010

/S/ Walter O'Cheskey
Office of the Standing Trustee