

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*Harlin DeWayne Hale*

**United States Bankruptcy Judge**

**Signed September 27, 2010**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:                                          CASE NO: 09-70611-HDH-13

SAMUEL ALLEN BLACKWELL                          HEARING DATE:  9/22/2010
RENEE MAXINE BLACKWELL                          HEARING TIME:   10:00am

### ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC).  It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

Clerk claim # 14 filed by Chase Bank for $10,265.19 shall be disallowed in full.

The secured claim filed by Wichita County for $1,020.42 shall be valued at $2,195.11 and paid direct.

Debtor shall pay $290 per month beginning January 2010 for 9 months; then Debtor shall pay $1,830 per month beginning October 2010 for the remaining 51 months, also $697 from Debtors tax refund shall be kept for a total plan base amount of $96,637.00.  Plan shall remain a 100% plan to the unsecured creditors.

# # # End of Order # # #

/s/ Walter O'Cheskey

_____
Walter O'Cheskey

Chapter 13 Trustee