**UNITED STATES BANKRUPTCY COURT**
**Northern District of Texas (Wichita Falls)**

In re:

Debtor(s)

Samuel Allen Blackwell and Renee Maxine Blackwell

Case No.: 09-70611                Loan Number (Last 4): 4129

Chapter: 13

## NOTICE OF PAYMENT CHANGE

Wells Fargo Home Mortgage, its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | June 01, 2011 |
| Current Monthly Payment: | Principal and Interest | $379.38 |
| | Tax and Other Amount | $171.23 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $156.48 |
| | Hazard Insurance Amount | $108.00 |
| | Total Payment Amount | $815.09 |
| New Monthly Payment: | Principal and Interest | $379.38 |
| | Tax and Other Amount | $178.98 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $104.23 |
| | Hazard Insurance Amount | $111.33 |
| | Total Payment Amount | $773.92 |

Specific Contact Information:

Jimmy Rivers

Phone: 800-274-7025

Fax:

Email:

Bahira Hannibal (replacing Jackie Spaide)

Wells Fargo Home Mortgage

MAC X7801-014 3476 Stateview Blvd.

Fort Mill, SC 29715

Telephone: 800-274-7025

Fax:

Email Address:

Date: March 10, 2011

By: /s/ Bahira Hannibal (replacing Jackie Spaide)

0-b68c56e7-e588-487c-bec0-bc9d116e5e84

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301

Trustee:

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424

/s/ Bill Taylor

As Authorized Agent for Filer

0-b68c56e7-e588-487c-bec0-bc9d116e5e84